JOSEPH BUERY MILL CREEK COAL & COKE CO. v. FIDELITY INSURANCE TRUST & SAFE DEPOSIT CO. et al. (Circuit Court of Appeals, Fourth Circuit. November 12, 1897.) No. 244. Appeal from the Circuit Court

of the United States for the Western District of Virginia. Wm. Gordon Robertson, for appellees. Dismissed. pursuant to the twenty-third rule, for failure to print record, on motion of appellees.